FRANK G. SMITH, Respondent, *v.* FIRST NATIONAL BANK OF ALBANY et al., Appellants.

*Smith* v. *First Nat. Bank of Albany,* 164 App. Div. 905, affirmed.
  (Argued March 31, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 22, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action brought to have the plaintiff adjudged the owner of a one-half interest in the proceeds of the sale of a certain property pledged by the plaintiff and the defendant Henry Patton with the defendant bank, and to compel the bank to account to him therefor.

*James F. Tracey* for First National Bank, appellant.

*George Lawyer* and *John C. Watson* for Henry Patton et al., appellants.

*Richard J. Donovan* and *Herbert D. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and ANDREWS, JJ.